UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                            Criminal No. 25-mj-30057

Antwaun Daniels,

    Defendant

_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                      Respectfully submitted,

                                      Julie A. Beck
                                      Acting United States Attorney

                                      *s/Micah S. Wallace*
                                      Micah S. Wallace P80019
                                      Assistant United States Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI 48226
                                      Micah.Wallace@usdoj.gov
                                      (313) 226-9591

Dated: April 28, 2025

**IT IS SO ORDERED.**

                s/Elizabeth A. Stafford
                Elizabeth A. Stafford
                United States Magistrate Judge

Entered: April 28, 2025